WENDY J. OLSON, IDAHO STATE BAR NO. 7634
UNITED STATES ATTORNEY
RAYMOND E. PATRICCO, DISTRICT OF COLUMBIA STATE BAR NO. 454792
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GERARDO VILLA-AVALOS, A/K/A GERARDO VILLA AVALOS, A/K/A GERARDO VILLA,<br><br>Defendant. | Case No. CR 16-107-S-EJL<br><br>**INDICTMENT**<br><br>8 U.S.C. § 1326(a) & (b) |

The Grand Jury charges:

### COUNT ONE

**Deported Alien Found in the United States**
**8 U.S.C. § 1326(a) & (b)**

On or about March 13, 2016, in the District of Idaho, the defendant, GERARDO VILLA-AVALOS, a/k/a GERARDO VILLA AVALOS, a/k/a GERARDO VILLA, an alien, was found in the United States, to wit: Canyon County, Idaho, after having been previously removed from

INDICTMENT - 1

the United States to Mexico on or about June 19, 2014, at or near El Paso, Texas, the said defendant having not obtained the consent of the Secretary of the Department of Homeland Security for reapplication for admission into the United States, in violation of Title 8, United States Code, Section 1326(a) & (b).

Respectfully submitted this 26 day of April, 2016.

A TRUE BILL

*/s/ [signature on reverse]*
_____
FOREPERSON

WENDY J. OLSON
UNITED STATES ATTORNEY
By:

_____ FOR
RAYMOND E. PATRICCO
ASSISTANT UNITED STATES ATTORNEY

INDICTMENT - 2